Catherine Sweglo and Goldie Steinberg, v. Winnie Mikolon et al.
Minnie Mikolon, Appellee, v. John Prostka and Ludwika Prostka, Appellants.

Gen. No. 41,695.

opinion filed June 10, 1941. Thaddeus F. Kuflewski, for appellants; Ernest Saunders, for appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''